UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

      v.                      Criminal No. 11-cr-149-01-SM

<u>Christopher Daignault</u>

### O R D E R

The assented to motion to reschedule jury trial (document no. 9) filed by defendant is granted; Final Pretrial is rescheduled to February 10, 2012 at 2:30 p.m.; Trial is continued to the two-week period beginning February 22, 2012, 9:30 a.m.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                       <u>/s/ Steven J. McAuliffe</u>
                                       Steven J. McAuliffe
                                       United States District Judge

Date: November 30, 2011

cc: Andrew Michael Kennedy, Esq.
     Debra M. Walsh, Esq
     U.S. Marshal
     U.S. Probation